# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:11CR125 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| JORGE LUIS LOPEZ-JAUREGUI, | |
| Defendant. | |

This matter is before the Court on the Government's Motion For Dismissal, ECF No. 172. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment as to Defendant Jorge Luis Lopez-Jauregui, without prejudice.

IT IS ORDERED:

1. The Government's Motion For Dismissal, ECF No. 172, is granted, and
2. The Indictment, ECF No. 1, is dismissed, without prejudice as to Defendant Jorge Luis Lopez-Jauregui.

Dated this 19th day of June, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge